IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                                             CASE NO.: 3:25cr55-DCB-LGI

ELI ZANDER JOE                                                                   DEFENDANT

### AGREED ORDER OF CONTINUANCE

This cause having come before the Court on the unopposed motion of the defendant [Dkt. 27] to continue this matter and the Government advising that it has no objection to said motion and the Court having considered said motion, finds that said motion is well taken and is hereby granted and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act. 18 U.S.C. §3161.

Also having duly considered the factors articulated in Title 18 Section 3161(h)(4) to determine the appropriateness of a continuance the Court finds that the defense counsel needs additional time to review Discovery and reach an appropriate resolution in this matter pursuant to Title 18 Section 3161(h)(7)(A) of the United States Code that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial in this cause and are best served by granting the requested continuance.

The Court further finds that the defendant has specifically waived any speedy trial objections heretofore arising or which may arise as a result of this requested continuance under the Speedy Trial Act or the Constitution in the case at bar and finds that this motion should be granted for the reasons described above.

IT IS THEREFORE ORDERED that this matter be continued to the term of Court beginning  July 7, 2025 , and that the period of delay shall be excluded in computing the time within which the trial of this matter shall commence.  All corresponding deadlines, including dispositive and non-dispositive motion deadlines, are hereby extended consistent with the new trial setting.

SO ORDERED, this the  30th  day of April, 2025.

                                              s/David Bramlette
                                              HONORABLE DAVID BRAMLETTE, III
                                              SENIOR DISTRICT COURT JUDGE

*/s/ T. Murry Whalen*
T. Murry Whalen
Attorney for Defendant

 */s/Kevin J. Payne* 
Kevin Payne, AUSA
Attorney for Government